*file*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**FILED - GR**

January 18, 2018 2:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__mkc__   SCANNED BY: _____ \1\9\18

| | | |
|---|---|---|
| SANG QUANG TRUONG, | ) | |
| | ) | Case No. _____ |
| Plaintiff | ) | |
| | ) | **1:18-cv-67** |
| v. | ) | **Gordon J Quist** |
| | ) | **U.S. District Judge** |
| | ) | |
| FEDEX FREIGHT INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant | ) | |
| | ) | |
| | ) | |

_____/

Sang Truong, Pro se
1961 Millbank Ave SE
Grand Rapids, MI 49518
(616) 490- 4751

FedEx Freight Inc.
2200 Forward Drive
Harrison AR 72601

_____/

### CIVIL ACTION FOR DISCRIMINATION UNDER TITLE VII

Comes now plaintiff SANG QUANG TRUONG, pro se, JURY TRIAL

DEMANDED, in suit requesting damages against this defendant for Unlawful

Termination, Retaliation, Race Discrimination, Disparate Impact Discrimination

and claim arising under state law and does state the following unto this honorable

court of law:

## PARTIES:

1. Plaintiff is an adult male resident citizen of Michigan residing at 1961 Millbank Ave SE Grand Rapids, MI 49518 and began employment with defendant in 2014.

2. Defendant FedEx Freight is a Multinational less-than-truckload (LTL) subsidiary of FedEx Corporation. FedEx Freight maintains approximately 360 domestic service centers in 48 states, as well as offshore and international service and may be served at its principal address is 2200 Forward Drive Harrison, AR 72601 and may be served there.

## FACTS:

1. Plaintiff began employment with defendant in 2014 as a data-entry biller at defendants Grand Rapids, Michigan Location at 5454 52nd Street SE.

2. During plaintiff's employment the plaintiff began to receive harsh and different treatment than the better and more favorable treatment received by Caucasian or White employees. Many complaints have been filed against management for its handling of individuals by race, but nothing has ever been done to stop the unlawful treatment of employees based on race. Defendant has a history of discrimination against minorities, and minorities have received more harsh and different treatment, and targeted due to race, than the better treatment received by Caucasian or White employees within defendants company.

3. Plaintiff filed a complaint with the Equal Employment Opportunity Commission (EEOC) on or about the 27 Day of September and was issued a Right-to-sue Letter by the EEOC December 20, 2017;

## COUNT I:

Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in its claim for Race Discrimination. During plaintiff's employment with the Defendant Plaintiff had applied for other positions within the company using the defendants online portal. Plaintiff was overlooked and was not selected for positions that plaintiff was more than qualified for, and had applied for other positions and advancements and the defendant selected Caucasian or white employees for these positions who either had less or no experience and no experience with the Defendant Company. Plaintiff was not even given an interview, and was often told that the positions were already filled resulting in harm to the plaintiff.

## COUNT II:

Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in its claim for Disparate Impact Discrimination. FedEx Freight Inc. has a policy where employees can go on an "on call" status and call the

center on days that they are able to work. FedEx Freight Inc.  actively encourages employees to go on an on call status when employees have other obligations which might interfere with the scheduling at FedEx. Plaintiff currently serves in the Armed Forces Reserve and would call FedEx on days that Plaintiff could work, many days being high-bill volume days. Plaintiff called in on several days and management told Plaintiff that there was no work for Plaintiff; however, on days that Plaintiff called in to advise management that Plaintiff could work, FedEx Freight Inc. was short handed staff and had more bills than the few billers could complete, but management would not allow plaintiff to come in to work, Plaintiff received disparate treatment under defendants policy because defendant allows employees who are White or Caucasian to work the hours they want.

## COUNT III:

Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in its claim for Retaliation. Plaintiff filed a claim for Unemployment and was granted Unemployment by the Michigan Unemployment Agency, because Defendant elected to not protest plaintiff's claim for Unemployment. During the time that Plaintiff was receiving Unemployment FedEx Freight Inc. terminated plaintiff's employment with the company without giving Plaintiff notice that Defendant had terminated plaintiff's employment. Plaintiff's termination is in retaliation for Plaintiff applying for Unemployment, which plaintiff was legally entitled to do.  Defendant Management told plaintiff that

tDefendant sent plaintiff a certified letter to plaintiff's address advising plaintiff that Defendant was terminating plaintiff, but no such notice was ever received by plaintiff telling plaintiff that the company was attempting to contact him for any reason.

## STATE LAW CLAIM

Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in its claim for damages under Michigan Elliot Larsen Civil Rights Act. Plaintiff was overlooked and was not selected for positions that plaintiff was more than qualified for, and had applied for other positions and advancements and the defendant selected Caucasian or white employees for these positions who either had less or no experience and no experience with the Defendant Company. Plaintiff was not even given an interview, and was often told that the positions were already filled resulting in harm to the plaintiff against plaintiff's rights guaranteed under the Michigan Elliot Larsen Civil Rights Act.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays for actual, punitive and compensatory

damages  to be determined by a jury against this defendant for Unlawful

Termination, Retaliation, Race Discrimination, Disparate Impact Discrimination

and claim arising under state law, and any and all other relief this court deems just,

necessary and proper.

_____
Plaintiff

_____1/15/18_____
Date

## PROOF OF SERVICE

I SANG QUANG TRUONG, did serve on the defendant Fedex Freight the

attached lawsuit on ___1/15/18___ At 2200 Forward Drive Harrison, AR

72601 AND 5454 52nd Street SE Grand Rapids, MI


_____
Plaintiff

___1/15/18___
Date

Sang Truong
1941 Millbank Ave SE
Grand Rapids, MI 49508

 

U.S. POSTAGE
PAID
GRAND RAPIDS, MI
49501
JAN 16, 18
AMOUNT
**$1.82**
R2307N153301-19

1000       49503

Western District of MI Federal Court
399 federal Bldg
110 michigan st. NW
Grand Rapids, MI 49503