UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANG QUANG TRUONG,

      Plaintiff,                               Case No. 1:18-cv-67

v.                                          Hon. Gordon J. Quist

FEDEX FREIGHT INC.,

      Defendant.
_____/

**ORDER STAYING CASE**
**and**
**SETTING SECOND SCHEDULING CONFERENCE**

      A Rule 16 Scheduling Conference was held this date. In light of plaintiff being deployed to the Air Force in the near future, along with his intention to retain counsel, the Court has further considered the matter and hereby orders the case **STAYED** until **May 31, 2018.** A second scheduling conference shall be held on **June 13, 2018, at 10:00 a.m.** before the undersigned.

      **IT IS SO ORDERED.**


Dated: March 20, 2018                        /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge